**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

VALERIE GRAY                                                                    PLAINTIFF

v.                                                                No. 3:25-cv-00338-MPM-JMV

VENANPRI GROUP AND
AGRISOLUTIONS WEAR TECHNOLOGY CORP                    DEFENDANTS

## ORDER

This cause comes before the Court on *pro se* Plaintiff Valerie Gray's Motion for Default Judgment [29]. The Court, having reviewed the record and applicable case law, is now prepared to rule.

On November 24, 2025, Ms. Gray filed this lawsuit *pro se* against Defendants Venanpri Group and Agrisolutions Wear Technology Corp. On March 16, 2026, Venanpri Group attempted to file a motion to dismiss [11], but it was subsequently stricken from the record because corporate entities may not be represented by a non-lawyer. [12]. On May 4, 2026, Ms. Gray filed a Motion for Entry of Default [17] against Defendant Venanpri Group. On May 8, the Clerk of Court entered default against Venanpri Group pursuant to Ms. Gray's motion. [18]. Venanpri Group filed a Motion to Set Aside Clerk's Entry of Default [21] on May 14, a mere 6 days after default was entered against them. While Venanpri Group's motion to set aside default was pending on the docket, on June 2, Ms. Gray filed the instant Motion for Default Judgment [29]. On June 11, the Magistrate Judge entered an order granting Venanpri Group's motion and setting aside the Clerk of Court's entry of Default against them.

Pursuant to Federal Rule of Civil Procedure 55, a plaintiff may only obtain a default judgment after an entry of default by the Clerk of Court is secured. *See New York Life Ins. Co. v. Brown*, 84 F.3d 137, 141 (5th Cir. 1996) ("After defendant's default has been entered, plaintiff

may apply for a judgment based on such default. This is a *default judgment*."). As there is no longer an entry of default against Venanpri Group in this matter, the Court finds no reason to grant Ms. Gray's motion for Default Judgment.

**ACCORDINGLY**, Ms. Gray's Motion for Default Judgment [29] is **DENIED as moot**.

**SO ORDERED** this 17th day of June, 2026.

/s/Michael P. Mills
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI

2